IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 7:22-779-DCC-1 |
| | ) | |
| v. | ) | WAIVER OF APPEARANCE AT |
| | ) | ARRAIGNMENT |
| LIONEL MARTIN ROSENADA CABALLERO | ) | |

    I hereby acknowledge that I am the defendant named above and I have received a copy of the indictment. I understand I have the right to appear personally at my arraignment pursuant to Rule 43 of the Federal Rules of Criminal Procedure, and that I have the right to have the indictment read to me in open court pursuant to Rule 10 of the Federal Rules of Criminal Procedure.

    I have discussed the charges in the indictment and the waiver of appearance at arraignment with my attorneys and I fully understand the nature of the offenses charged and my right to appear at arraignment. Understanding my rights, I do hereby freely and voluntarily waive my right to be present at my arraignment on the indictment and my right to have it read to me in open court. After consultation with my attorneys, we believe that the waiver of arraignment is in my best interest. I have previously made my initial appearance in this matter on December 13, 2022.

    As evidenced by my signature below, I do hereby waiver formal arraignment and enter my plea of NOT GUILTY to the indictment.

_____
Lionel Martin Rosenada Caballero
Defendant

                                                            s/ Lora Blanchard_____
                                                            Lora Collins Blanchard
                                                            Attorney for Defendant

December 21, 2022