AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

RECEIVED
2022 SEP 15 AM 10: 26
UNITED STATES MARSHALS
COLUMBIA, SC

United States of America
v.

Case No. 7:22-779

LIONEL MARTIN ROSENADA CABALLERO
a/k/a "Mr. Hustler"

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   LIONEL MARTIN ROSENADA CABALLERO, a/k/a "Mr. Hustler",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 371

Date: 09/14/2022

s/Jackie Aiken, Deputy Clerk
*Issuing officer's signature*

ROBIN BLUME
CLERK OF COURT

City and state:   Greenville, South Carolina

*Printed name and title*

### Return

This warrant was received on *(date)* SEP 15 2022, and the person was arrested on *(date)* 12/13/2022
at *(city and state)*   Greenville, SC.

Date: 12/14/2022

Self Surrender - USMS D/SC
*Arresting officer's signature*

By: P. Schwartz, IA
*Printed name and title*