AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 7:22-779 |
| | ) |
| RENE SHARRONE COPELAND | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **RENE SHARRONE COPELAND**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 371; Title 18, United States Code, Section 922(h); Title 18, United States Code, Section 924(a)(2); Title 18, United States Code, Section 922(k); Title 18, United States Code, Section 924(a)(1)(B); Title 18, United States Code, Section 2; Title 21, United States Code, Section 841(a)(1); Title 21, United States Code, Section 841(b)(1)(D); Title 21, United States Code, Section 846; Title 21, United States Code, Section 853; Title 21, United States Code, Section 881; Title 28, United States Code, Section 2461(c)

Date: 09/14/2022

City and state:  Greenville, South Carolina

s/Jackie Aiken, Deputy Clerk
*Issuing officer's signature*
ROBIN BLUME
CLERK OF COURT

*Printed name and title*

### Return

This warrant was received on *(date)* 2/28/23, and the person was arrested on *(date)* 3/1/23
at *(city and state)* GREENBELT, MD.

Date: 3/1/23

*Arresting officer's signature*

DONALD WATERS, SA ATF
*Printed name and title*