UNITED STATES DISTRICT COURT
DISTRICRT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO.: 7:22cr799 |
| | ) | |
| v. | ) | |
| | ) | |
| Joshua Brooks | ) | |

**PLEA**

The Defendant acknowledges receipt of a copy of the INDICTMENT and after Arraignment pleads not guilty in open court.

_____
(Signed) Defendant

Date: March 9, 2023
Florence, South Carolina