# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

## SPARTANBURG DIVISION

UNITED STATES OF AMERICA

vs.                                                 CASE NO. 7:22CR779-1

MARLON MICHAEL BRUFF

## PLEA

The Defendant, MARLON MICHAEL BRUFF, acknowledges receipt of a copy of the superseding indictment and pleads GUILTY in open court to counts _1 & 2_ of the superseding indictment.

_____
(Signed)    Defendant

Spartanburg, South Carolina
May 8, 2023