IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

**UNITED STATES OF AMERICA**

VS                                              CR NO. 7:22CR00779-5

**LIONEL MARTIN ROSENADA CABALLERO**

# PLEA

The defendant, **LIONEL MARTIN ROSENADA CABALLERO**, pleads **GUILTY** to Count(s) 1 of the superseding **indictment**.

_____
(Signed) Defendant

Spartanburg, South Carolina
September 7, 2023