FID # 11472708

AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Lionel Martin Rosenada Caballero | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

**RECEIVED**
**UNITED STATES MARSHAL**

10:29 am, Dec 27 2023

**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA**

Case No.   7:22-779

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Lionel Martin Rosenada Caballero

who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment          ❑ Superseding Indictment          ❑ Information          ❑ Superseding Information          ❑ Complaint
❑ Probation Violation Petition          ❑ Supervised Release Violation Petition          ☑ Violation Notice          ❑ Order of the Court

This offense is briefly described as follows:

Violation of conditions of bond.

Date:     12/27/2023

s/Jackie Aiken, Deputy Clerk
*Issuing officer's signature*

City and state:     Greenville, South Carolina

Robin L. Blume, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*   12/27/2023   , and the person was arrested on *(date)*   1-3-2024 at *(city and state)*   Greenville, SC |

Date:   1-3-2024

Douglas M. Leslie
*Arresting officer's signature*

Douglas M. Leslie
*Printed name and title*