**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 7:22-cr-00779-DCC |
| | ) | |
| v. | ) | |
| | ) | |
| LIONEL MARTIN ROSENADA | ) | **NOTICE OF REQUEST FOR** |
| CABALLERO | ) | **PROTECTION FROM COURT** |
| | ) | **APPEARANCE** |

The Counsel for Defendant respectfully requests protection from any court proceeding being scheduled in this matter from Monday, March 18, 2024, through Friday, March 22, 2024, for a pre-planned trip out of town.

Respectfully submitted,

BY: *s/ Judea S. Davis*
Judea Shechinah Davis (D.S.C. Fed. Bar #13440)
Assistant Federal Public Defender
75 Beattie Place, Suite 950
Greenville, South Carolina 29601
(864) 235-8714
judea_davis@fd.org

Greenville, SC
January 31, 2024