IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | CR. No.: 7:22-CR-00779-DCC |
| v. ) | |
| ) | **MOTION FOR EXTENSION OF TIME** |
| RENE SHARRONE COPELAND, ) | **TO FILE OBJECTIONS TO** |
| ) | **PRESENTENCE REPORT** |
| Defendant. ) | |
| ) | |

NOW COMES the defendant, RENE SHARRONE COPELAND, by and through undersigned counsel, requesting that this Court grant a fourteen (14) day extension within which to file objections to the Presentence Investigation Report. The bases for this motion are as follows:

The objections to the Presentence Report are required to be filed no later than February 27, 2024. Counsel for Defendant will be unable to complete the objections to the Presentence Report by the stated deadline because of the length and complexity of the report, the extent of the necessary legal research and recent issues related to defense counsel's health.

Counsel has consulted with the government regarding this request and the government consents to the extension.

WHEREFORE, counsel for Defendant respectfully requests a fourteen (14) day extension within which to file the objections to the Presentence Investigation Report.

Respectfully submitted,

**The Read Law Firm, LLC**

s/John M. Read, IV
John M Read, IV
(Federal I.D. No.: 7684)
101 West Park Avenue
Greenville, SC 29601
864-501-5110
Email: jread@readlegal.com

Attorney for the Defendant

February 26, 2024
Greenville, South Carolina