**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 7:22-cr-00779-DCC-5 |
| | ) | |
| v. | ) | |
| | ) | **MOTION TO CONTINUE** |
| LIONEL MARTIN ROSENADA CABLLERO | ) | **SENTENCING HEARING** |
| | ) | |

Lionel Martin Rosenada Caballero moves the Court to continue his sentencing hearing scheduled for April 2, 2024 (ECF No. 304).

Mr. Caballero and the Government recently resolved Mr. Caballero's objections to the Presentence Investigation Report and other sentencing issues. In light of these developments, Mr. Caballero and the Government seek additional time to prepare for Mr. Caballero's sentencing and file relative motions.

Defense counsel has conferred with Assistant United States Attorney Chris Schoen, who consents to this Motion.

Respectfully submitted,

BY: _s/Judea S. Davis_
Judea Shechinah Davis (D.S.C. Fed. Bar #13440)
Assistant Federal Public Defender
75 Beattie Place, Suite 950
Greenville, South Carolina 29601
(864) 235-8714
judea_davis@fd.org

Greenville, SC
March 27, 2024

1